# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 12

| | |
|---|---|
| KING BIO, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DAVID GERHARDT and GENACOL )<br>USA, INC., )<br>)<br>    Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court are the motions for *pro hac vice* admission [# 3, # 4] filed by John C. Hunter, counsel for Defendant Genacol USA, Inc.

Upon review of the motions, it appears that Brian P. Baggott and Jordan L. Glasgow are both members in good standing with the Missouri Bar and will be appearing with John C. Hunter, a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 3, # 4]. The Court **ADMITS** Brian P. Baggott and Jordan L. Glasgow to practice *pro hac vice* before the Court while associated with local counsel.

Signed: February 15, 2018

Dennis L. Howell
United States Magistrate Judge