# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 12

| | |
|---|---|
| KING BIO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAVID GERHARDT and GENACOL USA, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 15] filed by John C. Hunter, counsel for Defendant Genacol USA, Inc.

Upon review of the motion, it appears Wade P.K. Carr is a member in good standing with the Missouri Bar and will be appearing with John C. Hunter, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 15]. The Court **ADMITS** Wade P.K. Carr to practice *pro hac vice* before the Court while associated with local counsel.

Signed: August 8, 2018

_____
Dennis L. Howell
United States Magistrate Judge